DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT ALLEN TRIBBLE, JR.,**
Appellant,

v.

**THEODORE ROODHOF,** Individually and Professionally; and **BRUCE H. COLTON,** State Attorney For The Nineteenth Judicial Circuit,
Appellees.

No. 4D19-88

[July 25, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William Roby, Judge; L.T. Case No. 16000499CAAXMX.

Robert Allen Tribble, Jr., Stuart, pro se.

Ashley Moody, Attorney General, Tallahassee, and Christopher M. Sutter, Assistant Attorney General, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY, JJ., and NUTT, JAMES, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***